**Electronically Filed
Supreme Court
SCPW-12-0000768
24-OCT-2012
10:52 AM**

NO. SCPW-12-0000768

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CHRISTOPHER GRINDLING, Petitioner,

vs.

DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAIʻI, Respondent.

---

ORIGINAL PROCEEDING
(CIV. NO. 05-1-0249(3))

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of the motion for reconsideration of the October 8, 2012 order denying the petition for a writ of mandamus, which was filed on October 16, 2012,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, October 24, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

